IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LASHAUN GORDON                                                              PLAINTIFF

v.                                No. 4:21-cv-168-DPM

WALMART INC.                                                              DEFENDANT

## ORDER

This case is first out for a jury trial on 16 October 2023 in Little Rock. Walmart's motion *in limine* to exclude proof about employee and management demographics beyond store #5244, Doc. 29, is granted without objection. Walmart's omnibus motion *in limine*, Doc. 31, though unopposed, is partly granted and partly denied without prejudice. The grant covers the precondition for admission of any financial information and the exclusion of the EEOC's determination. All other issues are reserved. The Court expects all counsel—who are experienced and able—to follow the Federal Rules of Evidence and meet the highest standards of trial practice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 September 2023