# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LASHAUN GORDON**                                           **PLAINTIFF**

v.                    No. 4:21-cv-168-DPM

**WALMART INC.**                                            **DEFENDANT**

## JUDGMENT

Gordon's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 November 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2023